IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Lantern Maritime Company, | § |
| | § |
| Plaintiff, | § |
| | §  CIVIL ACTION NO.: 19-cv-1647-LPS |
| vs. | § |
| | §  IN ADMIRALTY, Rule 9(h) |
| Chembulk Trading II, LLC, et al., | § |
| | § |
| Defendants and Garnishees. | § |

## NOTICE OF DISMISSAL – WITH PREJUDICE

PLEASE TAKE NOTICE that upon settlement of this matter, plaintiff Lantern Maritime Company, pursuant to Fed. R. Civ. P. 41, dismisses this action with prejudice, each party to bear its own respective attorneys' fees and costs.

        YOUNG CONAWAY STARGATT & TAYLOR LLP

        */s/ Timothy Jay Houseal*
        Timothy Jay Houseal (Del. Bar ID No. 2880)
        Rodney Square
        1000 North King Street
        Wilmington, DE 19801
        (302) 571-6682
        thouseal@ycst.com

        *Attorneys for Lantern Maritime Company*

ADMITTED *PRO HAC VICE*

J. Stephen Simms
Simms Showers LLP
201 International Circle, Ste. 230
Baltimore, Maryland 21030
Telephone:     (410) 783-5795
Facsimile:     (410) 510-1789
jssimms@simmsshowers.com

Dated:  December 3, 2020

27420952.1